## North Canal Street Road.

Proceedings commenced under the provisions of a statute, are arrested by the repeal of the statute; every act done towards their completion after the repeal, is void.

CERTIORARI to the quarter sessions of *Allegheny* county.

On March 23, 1839, a petition was presented, by the appointment of viewers, to lay out a road, within part of Alleghenytown, from the bank of the Pennsylvania canal to Cedar street, in the town, and viewers were appointed, who reported in favour of the road. To this report exceptions were filed, which were afterwards withdrawn; and, by consent of the parties, a review was granted January 4, 1840, and the reviewers also reported in favour of the road, which was confirmed by the court April 18, 1840, and ordered to be opened, 33 feet wide. From this decree of confirmation, John Tassey and Charles Avery appealed to the supreme court, on the ground, that by the act of 1839–40, sect. 12, and which was passed previously to the confirmation of the road by the quarter sessions, the jurisdiction of the court was taken away, and transferred to the councils of the city of Allegheny.

*M'Candless* and *Metcalf,* for plaintiffs in error, referred to the act of 1839–40, sect. 12, *Pamph. Laws* 308; and cited 8 *Watts* 517.

*Lowrie,* for defendant in error, cited 3 *Rawle* 196.

PER CURIAM.—Acts entirely done under a statute while it was in force, stand good after its repeal. But before these proceedings

[North Canal Street Road.]

were completed, the statutory jurisdiction of the quarter sessions had been transferred to the councils of the city, by the twelfth section of the act of incorporation; and by the transfer, every thing done was made void. The sessions, therefore, ought to have arrested the proceeding.

Order of the sessions reversed, and proceedings quashed.